UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BRYAN VELAZQUEZ, *on behalf of himself and all* : 
*others similarly situated*, :
:
:
Plaintiff, :   23 Civ. 1719 (JPC)
:
-v- :   ORDER
:
80STEES.COM, INC., :
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 4, 2023, the Court issued an Order directing Plaintiff to either move for default judgment or show cause why this case should not be dismissed for failure to prosecute by September 18, 2023.  Dkt. 8.  The Court further ordered that Plaintiff serve Defendant via overnight courier with a copy of the Order within one week of the date of the Order and then file proof of such service within two business days of service.  *Id.* at 3.  Plaintiff failed to file the required proof of service.

By 5:00 p.m. on August 23, 2023, it is hereby ORDERED that Plaintiff file proof of service of the Court's August 4, 2023 Order.  Continued failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: August 22, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge